**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Summers, John E. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Summers, Linda L. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0254 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 1826 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2902 Walnut Drive<br>Wonder Lake, IL 60097 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>2902 Walnut Drive<br>Wonder Lake, IL 60097 |
| County of Residence or of the<br>Principal Place of Business: Mchenry | County of Residence or of the<br>Principal Place of Business: Mchenry |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ]

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415

**(Official Form 1) (12/03)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): John E. Summers & Linda L. Summers |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John E. Summers
Signature of Debtor

X  /s/ Linda L. Summers
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184629
Printed Name of Attorney for Debtor(s)

_____
Firm Name

138 Cass Street
Address

Post Office Box 1693     Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Richard T. Jones
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415

Affiliated Ear, Nose & Throat Phys.
1065 Lake Avenue
Woodstock, Illinois 60098

Affiliated Ear, Nose & Throat Phys.
c/o Dreifuss Stone
7627 W. Lake Street #210
River Forest, IL 60305

Amoco-BP Oil
Post Office Box 9014
Des Moines, IA 50368-9014

Amoco-BP Oil
Post Office Box 9014
Des Moines, IA 50368-9014

Applied Card Bank
Post Office Box 10008
Huntington, WV 25770

Best Buy/HRS USA
c/o LVNV Funding
Post Office Box 10497
Greenville, SC 29603

Best Buy/HRS USA
Post Office Box 17298
Baltimore, MD 21297-1298

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

Centegra Memorial Med. Ctr.
c/o American Collectinos
919 Estes Court
Schaumburg, IL 60193

Centegra Memorial Medical Center
Post Office Box 1990
Woodstock, Illinois 60098

Chase Manhattan Mortgage
Attention: Bankruptcy Department
3415 Vision Drive
Columbus, Ohio 43219

Check-N-Go of Illinois
2034 North Richmond Rd.
McHenry, Illinois 60050

Conseco Finance
c/o Arrow Financial Serv.
5996 W. Touhy Ave.
Niles, IL 60714

Conseco Finance Retail Serv.
Attn.: Bankruptcy Dept.
7360 S. Kyrene Rod
Tempe, AZ 85283-9824

Fashion Bug
Collection Department
Post Office Box 222980
Hollywood, FL 33022-2980

Fingerhut
11 McLeland Road
St. Cloud, MN 56395

Fingerhut
c/o Midland Credit Mgt.
Post Office Box 939019
San Diego, CA 92193

First North American Nat'l Bank
Bankruptcy Department
9960 Mayland Drive
Richmond, VA 23233

First North American Nat'l Bank
c/o Midland Mgt.
Post Office Box 939019
San Diego, CA 92193

Fleet
Post Office Box 15480
Wilmington, DE 19850

GEMB/Ace Hardware
950 Forrer Blvd.
Kettering, OH 45420

HOMEQ Servicing Corp.
1100 Corporate Center Drive
3rd Floor, Building C
Raleigh, NC 27607

HSBC Bank USA
Post Office Box 98706
Las Vegas, NV 89193-8706

HSBC Bank USA
Post Office Box 98706
Las Vegas, NV 89193-8706

J. C. Penney
Post Office Box 533
Dallas, Texas 75221-0533

MBNA
Post Office Box 15026
Wilmington, DE 19850-5026

MHS Physicians
c/o State Collection Service
2509 S. Stoughton Rd.
Madison, WI 53716

MHS Physicians
Post Office Box 5081
Janesville, WI 53547-5081

Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

Moraine Emergency Phys.
c/o NCO-Medclr
Post Office Box 8547
Philadelphia, PA 19101

Moraine Emergency Physicians
Post Office Box 8759
Philadelphia, PA 19101-8759

Northern IL Medical Center
c/o American Collections
919 Estes Court
Schaumburg, IL 60193

Northern IL Medical Center
c/o MRSI
2200 E. Devon Ave., #288
Des Plaines, IL 60018

Northern IL Medical Center
Post Office Box 1447
Woodstock, Illinois 60098

Spiegel
FCNB
Post Office Box 5811
Hicksville, NY 11802-5811

Target National Bank
Post Office Box 59317
Minneapolis, MN 55459-0317

Tri-County Foot & Ankle
c/o Certified Services, Inc.
1733 Washington Street, #2
Waukegan, IL 60085

Verizon
c/o AFNI, Inc.
Post Office Box 3097
Bloomington, IL 61702

Verizon
c/o Collectech Systems, Inc.
3000 Corporate Exchange
Columbus, OH 43231

Verizon
BK Administration
404 Brock Drive
Bloomington, IL 61701

Wells Fargo Financial
1 International Plaza
Philadelphia, PA 19113

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re   John E. Summers & Linda L. Summers   ,
                     Debtor

Case No.  _____

Chapter     13    _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date  _____    Signature of Debtor    /s/ John E. Summers
                                                       JOHN E. SUMMERS

Date  _____    Signature of Joint Debtor    /s/ Linda L. Summers
                                                             LINDA L. SUMMERS

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re  John E. Summers & Linda L. Summers

Case No. _____

Chapter   _____13_____

Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ __2,700.00__
    Prior to the filing of this statement I have received ........................................ $ ___500.00___
    Balance Due ..................................................................................................... $ __2,200.00__

2. The source of compensation paid to me was:

    ☑ Debtor       ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____        /s/ Richard T. Jones _____
             *Date*                                                 *Signature of Attorney*

_____
                                                                    *Name of law firm*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415