# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   JOHN E. SUMMERS & LINDA L. SUMMERS            Case Number: 05-75775
2902 WALNUT DRIVE
WONDER LAKE, IL  60097                SSN-xxx-xx-0254 & xxx-xx-1826

Case filed on: 10/7/2005
Plan Confirmed on: 4/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,304.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 007 | DEPENDON COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ANDERSON FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | COLLECTECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN E. SUMMERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 3,197.17 | 3,197.17 | 1,886.61 | 0.00 |
| 002 | CHASE HOME FINANCE LLC | 101,684.40 | 0.00 | 0.00 | 0.00 |
| 003 | HOMEQ | 9,472.20 | 0.00 | 0.00 | 0.00 |
| 004 | HOMEQ | 226.05 | 226.05 | 133.39 | 0.00 |
| 005 | WELLS FARGO FINANCIAL ACCEPTANCE | 15,000.00 | 15,000.00 | 8,483.07 | 772.83 |
|  | Total Secured | 129,579.82 | 18,423.22 | 10,503.07 | 772.83 |
| 005 | WELLS FARGO FINANCIAL ACCEPTANCE | 1,874.03 | 1,874.03 | 0.00 | 0.00 |
| 006 | AFFILIATED EAR, NOSE & THROAT PHYS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 583.87 | 583.87 | 0.00 | 0.00 |
| 009 | AMOCO/BP OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 1,067.76 | 1,067.76 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 261.83 | 261.83 | 0.00 | 0.00 |
| 015 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHECK N GO | 596.00 | 596.00 | 0.00 | 0.00 |
| 018 | CONSECO FINANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 555.24 | 555.24 | 0.00 | 0.00 |
| 022 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,348.89 | 2,348.89 | 0.00 | 0.00 |
| 024 | FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GEMB / ACE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NIMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROUNDUP FUNDING LLC | 529.90 | 529.90 | 0.00 | 0.00 |
| 040 | TRI-COUNTY FOOT & ANKLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | AFNI/VERIZON | 1,014.27 | 1,014.27 | 0.00 | 0.00 |
| 045 | COMED CO | 1,168.35 | 1,168.35 | 0.00 | 0.00 |
| 046 | PORTFOLIO RECOVERY ASSOCIATES | 1,867.94 | 1,867.94 | 0.00 | 0.00 |
| 047 | B-LINE LLC | 2,194.13 | 2,194.13 | 0.00 | 0.00 |
| 048 | ASSET ACCEPTANCE CORP | 390.52 | 390.52 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 049 | LVNV FUNDING LLC | 857.40 | 857.40 | 0.00 | 0.00 |
| | Total Unsecured | 15,310.13 | 15,310.13 | 0.00 | 0.00 |
| | Grand Total: | 147,089.95 | 35,933.35 | 12,703.07 | 772.83 |

Total Paid Claimant:   $13,475.90
Trustee Allowance:   $828.10
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008　　　　　　By  /s/Heather M. Fagan